UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

*****************************************************************************

| | | |
|---|---|---|
| THE WATER WORKS BOARD OF THE CITY OF BIRMINGHAM; WASHINGTON SUBURBAN SANITARY COMMISSION EMPLOYEES' RETIREMENT PLAN; ATLANTIC GLOBAL YIELD OPPORTUNITY MASTER FUND, L.P.; and ATLANTIC GLOBAL YIELD OPPORTUNITY FUND, L.P.; <br><br>Plaintiffs, <br><br>vs. <br><br>U.S. BANK NATIONAL ASSOCIATION, <br><br>Defendant. | * * * * * * * * * * * * * * * * * * * * | CIV 17-4113 <br><br><br><br>JUDGMENT OF DISMISSAL <br>Between <br>PLAINTIFF The Water Works <br>Board of the City of Birmingham and <br>PLAINTIFF Washington Suburban <br>Sanitary Commission Employees <br>and DEFENDANT <br>U.S. Bank National Association |

*****************************************************************************

  Based upon the Stipulation for Dismissal signed on behalf of Plaintiff The Water Works Board of the City of Birmingham, Plaintiff Washington Suburban Sanitary Commission Employees Retirement Plan, and Defendant U.S. Bank National Association, filed with the Court as Docket #157,

  IT IS HEREBY ORDERED:

1. That The Water Works Board of the City of Birmingham and Washington Suburban Sanitary Commission Employees' Retirement Plan causes of actions and claims against U.S. Bank in the above-entitled action, and U.S. Bank's counterclaim and causes of action against The Water Works Board of the City of Birmingham and Washington Suburban Sanitary Commission Employees' Retirement Plan in the above-entitled action, shall be, and hereby are, dismissed with prejudice and without costs, expenses or attorneys' fees to any party; and

2. That the Court shall retain jurisdiction to resolve any disputes arising out of or related to the settlement between The Water Works Board of the City of

Birmingham, Washington Suburban Sanitary Commission Employees' Retirement Plan and U.S. Bank National Association. *See Harris v. Arkansas State Highway and Transp. Dep't.*, 437 F.3d 749 (8th Cir. 2006).

Dated this 16th day of September, 2020.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK

_____