UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

*****************************************************************************

| | | |
|---|---|---|
| ATLANTIC GLOBAL YIELD OPPORTUNITY MASTER FUND, L.P.; and ATLANTIC GLOBAL YIELD OPPORTUNITY FUND, L.P., | * * * * * | CIV 17-4113 |
| | * | JUDGMENT OF DISMISSAL |
| | * | Between |
| Plaintiffs, | * | PLAINTIFF Atlantic Global |
| | * | Yield Opportunity Master Fund and |
| vs. | * | PLAINTIFF Atlantic Global Yield |
| | * | Opportunity Fund |
| U.S. BANK NATIONAL ASSOCIATION, | * | and DEFENDANT |
| | * | U.S. Bank National Association |
| Defendant. | * | |

*****************************************************************************

Based upon the Stipulation for Dismissal, Doc. 160, signed on behalf of Plaintiff Atlantic Global Yield Opportunity Master Fund, L.P. and Plaintiff Atlantic Global Yield Opportunity Fund, L.P., and Defendant U.S. Bank National Association,

IT IS HEREBY ORDERED:

1. That the above-entitled action shall be, and here is, dismissed with prejudice and without costs, expenses or attorneys' fees to any party; and

2. The Court shall retain jurisdiction to resolve any disputes arising out of or related to the Settlement, Release and Covenant Not to Sue between the parties to the above-entitled action. *See Harris v. Arkansas State Highway and Transp. Dep't.*, 437 F.3d 749 (8th Cir. 2006).

Dated this 19th day of October, 2020.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK

_____